| | |
|---|---|
| Alexandre Davis (Plaintiff) vs. Federal Defenders of MT. and Russell Hart Defendant(s) | Initial Complaint |

# [Civil Lawsuit]

*Not a 1983 or Bevins claim*

- Filing Pro Se and in Forma Pauperis.

## Parties

- Alexandre Davis (Plaintiff)
  - Address: FBOP SEATAC FDC
  - Mail Second copy to 231 Auwaiilimu Honolulu HI 96813 In Care of James Wright

(Defendant(s))

- Federal Defenders of Montana and Russell Hart
  - Phone # 406-259-2459
  - Fax # 406-259-2569
  - Address: 175 N. 27th St. Suite 401
    Billings, MT 59101

pg 1/4

[Background]                                pg 2/4

I am a federal inmate who has hired the Federal Defenders of Montana to represent me in CR-22-106-BLG-DLC: USA vs. Davis. I am suing the Federal Defenders of Montana and attorney Russell Hart for illegally signing my name on documents that have caused me mental hardship, and Financial Hardship. Along with innefective counsel.

Since September of 2022, the Federal Defenders of Montana have been defending me on CR22-106-BLG-DLC. I was to be sentenced on 05SEP2023. However, my attorney Russell Hart, took the month of June 2023 to have a vacation. My Pre Sentencing report (PSR) was completed by the Federal probation officers of Montana during his abscence and was delivered to Federal Defenders of Montana on 10 July 2023. From 10July2023 to 2August2023, I called Russell Hart daily to see my (PSR) and got no call back despite multiple voicemails to Hart and staff of Federal Defenders of Montana.

During this time period of June 2023 to August 2023, My signatures were forged on documents requesting a mental evaluation from FBOP FDC SEATAC. Not once was I informed of this decision and my case was thus extended to a later sentencing date of 6 DECEMBER 2023.

Between March 2023 and May of 2023, I had already taken a mental competency evaluation before signing my plea deal. I was deemed mentally competent.

Instead of using this previous evaluation, Russell Hart and Federal Defenders of Montana, went ahead and forged my signature and made false claims to the District court of Billings and Judge Dana Christensen that I wanted a second evaluation by the FBOP.

I was content with my plea deal, and the findings of the PSR. I was looking forward to heading off to prison after sentencing on 5SEP2023 so that I can get a prison job and start sending money to my 2 children Finnian and Josette. Instead, my signatures were forged.

pg 4/4

By my signatures being forged, and having my legal team falsely claim I wanted a second evaluation, I became mentally distraught. Not once was this decision brought to my attention. With my sentencing now being pushed to 6DEC2023, I have lost 4 possible months of working a prison job and sending money to my children. This is a further financial burden on myself and children.

I am attaching this "order" showing evidence to my claim.

I am requesting punitive damages for mental hardship, financial hardship, and innefective counsel in the amount of $25,000 and for future clients that they get permission for big changes like mine.

Signed,

Alexandre Davis
03AUG2023